160 A.3d 776

John BAILEY, Petitioner

v.

WORKERS' COMPENSATION APPEAL BOARD (COMMONWEALTH OF PA/SCI CAMP HILL), Respondent

No. 360 MAL 2016

Supreme Court of Pennsylvania.

November 1, 2016

## ORDER

PER CURIAM

**AND NOW**, this 1st day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.